YOUNGBLOOD LAW OFFICE
Kameron Youngblood, ISB No. 6273
PO Box 50495
Idaho Falls, Idaho 83405
Telephone: (208) 525-3328
Facsimile:  (208) 525-3330
Email: Youngbloodlaw@gmail.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re:   John Patrick McConomy & Sarah A Morris,<br><br>Debtors. | Case No.: 19-40470-JMM<br><br>Chapter 7<br><br>OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
|---|---|

COMES NOW, the Debtors, by and through their attorney of record Kameron M. Youngblood, and hereby object to Creditor Specialized Loan Servicing, LLC's (hereafter Specialized Loan), motion for relief from the automatic stay. Debtors grounds for this objection are as follows:

1. When Debtors' mortgage was sold, Debtors did not receive notice of the new mortgagor's ownership of the obligation. This deprived them of procedural process guaranteed by Idaho law.

2. Had Debtors been given correct procedural process, they would have acted to maintain the mortgage current.

3. Debtors reasonably believe they have the capacity to bring the mortgage current within the terms of the agreement with mortgagor or its predecessor.

4. Even if Movant is entitled to relief from the automatic stay, the Court should

**Objection to Motion for Relief of Stay – Page – 1**

not lift the automatic stay, as it is not warranted by the Bankruptcy Code.

5.  A less drastic remedy, such as modifying the automatic stay, or making it conditional upon specified conditions necessary to protect creditors' interests in the case, is warranted. Lifting the stay and subjecting the Debtors' to unnecessary creditor collection efforts will defeat the purposes of the bankruptcy and unnecessarily deprive debtors of the benefits of the Bankruptcy Code.

DATED:  September 13, 2019.

/s/ Kameron M. Youngblood
Kameron M. Youngblood
Attorney for Debtor

Objection to Motion for Relief of Stay – Page – 1